**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01177-REB-MJW

JAMES CANTINO, and
MARY CANTINO,

      Plaintiffs,

v.

TRUE VALUE COMPANY, an Illinois corporation,
TRUSERV LOGISTICS COMPANY, an Illinois corporation, and
THOMAS NICHOLAS GUERTS,

      Defendants.

---

## ORDER OF REMAND TO STATE COURT

---

**Blackburn, J.**

The matter before me is plaintiff's **Stipulation To Remand To State Court** [#11]

filed June 18, 2009.  After careful review of the stipulation and the file, I conclude that

the stipulation should be approved and that this action should be remanded to the

District Court in and for the City and County of Denver, Colorado.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation To Remand To State Court** [#11] filed June 18, 2009, is

**APPROVED**; and

2.  That this action is **REMANDED** to the District Court in and for the City and

County of Denver, Colorado (where it was filed as Civil Action No. 2009CV2888).

Dated June 19, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge